UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00191

**Senior Housing Reposition Partners 9, LLC,**
*Plaintiff,*

v.

**Chad Cable et al.,**
*Defendants.*

**ORDER**

Plaintiff Senior Housing Reposition Partners 9, LLC filed this action asserting claims for breach of guaranty and attorney fees. Doc. 1. The case was referred to a magistrate judge. Doc. 11.

The magistrate judge issued a report and recommendation that the court grant Plaintiff's motion for summary judgment (Doc. 23) as to its breach of guaranty claims and deny the motion as to its attorney-fees claim. Doc. 38 at 12. The magistrate judge also recommended that the court deny Plaintiff's unopposed motion for summary judgment (Doc. 30) as moot. *Id.*

None of the parties filed written objections to the magistrate judge's report. However, after the magistrate judge issued the report, Plaintiff filed a first amended complaint removing its attorney-fees claim. Doc. 42. Plaintiff's amended complaint moots its motion for summary judgment for attorney fees.

When parties fail to object to a magistrate judge's report, the court reviews the record only for plain error. Fed. R. Civ. P. 72(b), 1983 advisory committee notes; *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1429 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from 10 to 14 days). Having reviewed the record, and being satisfied that it contains no plain error, the court accepts the magistrate judge's findings and recommendation.

Accordingly, Plaintiff's motion for summary judgment (Doc. 23) is granted in part as to the guaranty claims and denied in part otherwise as moot. Plaintiff's unopposed motion for summary judgment (Doc. 30) is denied as moot. Any pending motions are denied as moot.

*So ordered by the court on September 16, 2025.*

J. CAMPBELL BARKER
United States District Judge