UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00191

**Senior Housing Reposition Partners 9, LLC,**
*Plaintiff,*

v.

**Chad Cable et al.,**
*Defendants.*

# FINAL JUDGMENT

The court, having rendered its decision by separate order, enters judgment against defendants in favor of plaintiff in the amount of $2,150,000.00 with interest accruing at $1,431.21 per diem from the date of this judgment.

This action is dismissed with prejudice. The clerk of court is directed to close the case.

*So ordered by the court on September 16, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -